UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) Criminal No. 1:23-cr-00423 (CJN) <br> DANIEL BIBONGE AMSINI, ) <br> ) <br> Defendant ) <br> ) | |

## Defendant Daniel Amsini's Motion & Consent to Zoom

Comes Now, Defendant Amsini requests that the Sentencing set for 05/24/2024 at 12:30 AM in Courtroom 17 be converted to a Zoom, as Defendant and Counsel's cost of travel would create would an extreme hardship on Defendant.

Dated: May 22, 2024                               Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

### CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, May 22, 2024, I caused a copy of the foregoing

1

document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce